IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:19CR3080** |
| vs. | |
| DANE HUNTER GIESCHEN, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) Government's motion to continue, (Filing No. 28), is granted.

2) The evidentiary hearing on Defendant's motion to suppress, (Filing No. 23), will be held before the undersigned magistrate judge on January 8, 2020 at 9:00 a.m. in Courtroom #2, United States Courthouse, 100 Centennial Mall N., Lincoln, Nebraska. Two hours have been set aside for this hearing.

November 26, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge