IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DANE HUNTER GIESCHEN,<br><br>　　　　　　Defendant. | **4:19CR3080**<br><br>**ORDER** |

IT IS ORDERED:

1)　Defendant's motion for temporary modification of pretrial release, (Filing No. 53), is granted.

2)　Defendant is permitted to travel to Spicewood, Texas to be with his mother and family for a one-week visit.

3)　At least five days before departing to Spicewood, Texas, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

September 28, 2020.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge