IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANE HUNTER GIESCHEN,<br><br>Defendant. | 4:19CR3080<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, Filing No. 63), is granted.

2) Defendant is permitted to travel to Brule, Nebraska to be with his grandparents for two days over the Christmas holiday.

3) Before departing to Brule, Nebraska, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

December 22, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge