IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DANE HUNTER GIESCHEN,<br><br>　　　　　　　Defendant. | 4:19CR3080<br><br>ORDER |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 71), is granted.

2) Defendant is permitted to travel to Spicewood, Texas for a one-week visit with his mother and family from March 5, 2021 through March 12, 2021.

3) On or before March 1, 2019, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

February 16, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge