IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3080 |
| vs. | |
| DANE HUNTER GIESCHEN, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's unopposed motion for temporary modification of his release conditions, (Filing No. 81), is granted.

2) Defendant is permitted to travel to Island, Kentucky to visit a longtime friend for the week of June 17, 2021 through June 24, 2021.

3) On or before June 12, 2019, Defendant shall provide information to his supervising officer which outlines his contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 2nd day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge