IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANE HUNTER GIESCHEN,

    Defendant.

**4:19CR3080**

**ORDER**

IT IS ORDERED:

1) Defendant's motion for temporary modification of release conditions, (Filing No. 83), is granted.

2) Defendant is permitted to travel to Brule, Nebraska to visit his father for the week from July 10, 2021 to July 17, 2021.

3) On or before July 7, 2021, Defendant shall provide information to his supervising officer outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 2nd day of July, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge