IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANE HUNTER GIESCHEN, <br><br> Defendant. | **4:19CR3080** <br><br> **ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 87), is granted.

2) Defendant is permitted to travel to Spicewood, Texas where Defendant would be with his mother and family for a visit from September 21, 2021 through September 28, 2021.. . . .

3) On or before September 16, 2021, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 3rd day of September, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge