IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DANE HUNTER GIESCHEN,<br><br>          Defendant. | **4:19CR3080**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 93), is granted.

2) Defendant is permitted to travel to Brule, Nebraska for a three-day visit with his grandparents over the Christmas holiday.

3) On or before December 15, 2021, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 8th day of December, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge