IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DANE HUNTER GIESCHEN, Defendant. | 4:19CR3080 ORDER |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 95), is granted.

2) Defendant is permitted to travel to Spicewood, Texas to visit his mother and family from February 8, 2022 through February 17, 2022.

3) On or before February 3, 2022, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated January 20, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge