IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DANE HUNTER GIESCHEN,<br><br>   Defendant. | 4:19CR3080<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 100), is granted.

2) Defendant is permitted to travel to and stay with his grandparents in Brule, Nebraska on April 1, 2022, and on April 4, 2022, and to travel to and stay in Breckenridge, Colorado on April 2-3, 2022.

3) On or before March 28, 2022, Defendant shall provide and/or confirm to pretrial services his contact numbers, and his transportation and lodging arrangements for the trip.

March 16, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge