IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DANE HUNTER GIESCHEN,<br><br>                Defendant. | **4:19CR3080**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 102), is granted.

2) Defendant is permitted to travel to and stay with his father in Gering, Nebraska from April 22, 2022 through April 24, 2022.

3) On or before April 18, 2022, Defendant shall provide and/or confirm to pretrial services his contact numbers, and his transportation and lodging arrangements for the trip.

April 11, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge