IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DANE HUNTER GIESCHEN,<br><br>            Defendant. | **4:19CR3080**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 104), is granted.

2) Defendant is permitted to travel to to Spicewood, Texas to visit his his mother and family for two weeks from June 14, 2022 through June 27, 2022.

3) On or before June 10, 2022, Defendant shall provide and/or confirm to pretrial services his contact numbers, and his transportation and lodging arrangements for the trip.

May 10, 2022.

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge