IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DANE HUNTER GIESCHEN,<br><br>　　　　　　Defendant. | **4:19CR3080**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release,(Filing No. 106), is granted.

2) Defendant is permitted to travel to Brule, Nebraska to spend a week with his dad from July 10, 2022 to July 16, 2022.

3) On or before July 5, 2022, Defendant shall provide and/or confirm to pretrial services his contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 29th day of June, 2022.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge