IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANE HUNTER GIESCHEN,<br><br>Defendant. | 4:19CR3080<br><br>ORDER |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release,(Filing No. 108), is granted.

2) Defendant is permitted to travel to Brule, Nebraska to spend a week with his dad from August 20, 2022 to August 25, 2022.

3) On or before August 15, 2022, Defendant shall provide and/or confirm to pretrial services his contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 21st day of July, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge