IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANE HUNTER GIESCHEN,<br><br>Defendant. | **4:19CR3080**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 116), is granted.

2) Defendant is permitted to travel to Brule, Nebraska to visit his father and family for five days from November 23rd through November 27th, 2022.

3) On or before November 17, 2022, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

November 10, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge