IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DANE HUNTER GIESCHEN,<br><br>        Defendant. | **4:19CR3080**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 118), is granted.

2) Defendant is permitted to travel to Brule, Nebraska and to Steamboat Springs, Colorado to visit his father and family from December 17th through December 25th, 2022.

3) On or before December 10, 2022, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

November 29, 2022.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge