IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:19CR3080** |
| vs. | |
| DANE HUNTER GIESCHEN, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 120), is granted.

2) Defendant is permitted to travel to Spicewood, Texas his mother and family from February 17, 2023 through February 25, 2023.

3) On or before February 13, 2023, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

January 19, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge