IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DANE HUNTER GIESCHEN,<br><br>　　　　　　Defendant. | **4:19CR3080**<br><br>**ORDER** |

IT IS ORDERED:

1)　Defendant's motion for temporary modification of pretrial release, (Filing No. 125), is granted.

2)　Defendant is permitted to travel to Brule, Nebraska to visit his family from July 8, 2023 through July 16, 2023.

3)　On or before July 3, 2023, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

June 8, 2023.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge