IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:19CR3080** |
| vs. | |
| DANE HUNTER GIESCHEN, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 127), is granted.

2) Defendant is permitted to travel Spicewood, Texas and visit with family from the dates of November 3, 2023, through November 18, 2023.

3) On or before October 30, 2023, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 11th day of October, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge