IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                    **4:19CR3080**

          vs.

DANE HUNTER GIESCHEN,                                        **ORDER**

                    Defendant.

IT IS ORDERED:

1)      Defendant's motion for temporary modification of pretrial release, (Filing No. 129), is granted.

2)      Defendant is permitted to travel to Greeneville, Kentucky to visit a friend December 21st, 2023 through December 25th, 2023.

3)      On or before December 14, 2023, Defendant shall provide information to pretrial services which identifies the name of the friend he is visiting, provides contact numbers, and describes his transportation and lodging arrangements for the trip.

Dated this 28th day of November, 2023.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge