IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DANE HUNTER GIESCHEN,<br><br>                Defendant. | 4:19CR3080<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 137), is granted.

2) Defendant is permitted to travel to Spicewood, Texas to attend his sister's college graduation from May 10, 2024 to May 18, 2024.

3) On or before May 6, 2024, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 30th day of April, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge