IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DANE HUNTER GIESCHEN,<br><br>　　　　　Defendant. | 4:19CR3080<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 136), is granted.

2) Defendant is permitted to travel to Bruhle, Nebraska, with his family, for his cousin's graduation from May 3, 2024 to May 5, 2024.

3) On or before May 2, 2024, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 2nd day of May, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge