IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19CR3080 |
| vs. | |
| DANE HUNTER GIESCHEN, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 140), is granted.

2) Defendant is permitted to travel to Brule, Nebraska to be with his father and visit family from July 12, 2024 through July 21, 2024.

3) On or before July 11, 2024, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 11th day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge