IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19CR3080 |
| vs. | |
| DANE HUNTER GIESCHEN, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 144), is granted.

2) Defendant is permitted to travel to Bruhl, Nebraska to be with his father and visit family from November 27, 2024 to December 1, 2024.

3) On or before November 26, 2024, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 21st day of November, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge