IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

DANE HUNTER GIESCHEN,

        Defendant.

**4:19CR3080**


**ORDER**

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 149), is granted.

2) Defendant is permitted to travel to Bruhl, Nebraska to be with his father and visit family from December 25, 2024 to December 29, 2024.

3) On or before December 24, 2024, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 23rd day of December, 2024.


BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

1